My name is Ahmad S. Hashimi. DoB 3/5/1983 ID# A0170255, Episode #257919. I am writing in Regards to being appointed a new attorney due to in-Effective counseling by my current attorney Bruce Johnson JR. He has not spend not has talked for a total of more then 50 mins all together since Ive been in jail and is strongly pressuring me to sign my plea without even knowing or discussing all the facts in my case by asking me personally about my case. last time we saw each other tensions rised because of me wanting a new attorney and we shouted at each other and now I dont feel comfortable putting my freedom in his hands since he left on bad terms with me. Also when he wanted me to sign the plea he wasn't event aware of the forfeiture of a property clause in the plea which I had to bring to his attention which tells me he didn't even read the plea fully himself before him asking me to sign it. I am respectfully asking for a new attorney.

Thank You

AH 6/17/2016

2016 JUN 23 P 2: 50
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA
RECEIVED